# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0569
Lower Tribunal No. 24-DR-030243

_____

MATTHEW LOEBS,

Appellant,

v.

AMBER LOEBS,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
John S. Carlin, Judge.

December 23, 2025

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and SMITH, JJ., concur.


Oscar S. Salgado, of Fighter Law, Orlando, for Appellant.

Amber Loebs, Estero, pro se.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED